UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMANDA BLACK,<br><br>               Plaintiff,<br><br>   vs.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>               Defendant. | Case No. CV 25-22-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

       IT IS ORDERED AND ADJUDGED that in accordance with the Order dated March 12, 2026 (Doc. 14), the Commissioner's decision is REVERSED and REMANDED.

       Dated this 12th day of March 2026.

                        TYLER P. GILMAN, CLERK

                        By: /s/ Hailey Jaksha
                        Hailey Jaksha, Deputy Clerk